```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 28923
   KEITH D ADAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7186

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/21/2005 and was confirmed 08/31/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
BELL AUTO LEASING          SECURED           2053.28        94.63       2053.28
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER       69.60         9.61         69.60
ILLINOIS DEPT OF REVENUE   NOTICE ONLY    NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     5190.53       528.04       5190.53
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED           .00           .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY    NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00           .00
BELL AUTO LEASING          UNSEC W/INTER      477.00        52.70        477.00
RESURGENT ACQUISITION LL   UNSEC W/INTER     1142.61       111.76       1142.61
ILLINOIS DEPT OF REVENUE   PRIORITY            66.40         3.08         66.40
LEDFORD & WU               DEBTOR ATTY      2,694.00                   2,694.00
TOM VAUGHN                 TRUSTEE                                       784.54
DEBTOR REFUND              REFUND                                        478.04

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             13,755.82

PRIORITY                                          66.40
    INTEREST                                       3.08
SECURED                                        2,053.28
    INTEREST                                      94.63
UNSECURED                                      6,879.74
    INTEREST                                     702.11
ADMINISTRATIVE                                 2,694.00
TRUSTEE COMPENSATION                             784.54
DEBTOR REFUND                                    478.04
                    --------------          --------------
TOTALS              13,755.82                 13,755.82

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 28923 KEITH D ADAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 28923 KEITH D ADAMS